MATTHEW J. PLATKIN
**ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendant New Jersey State Police.

By:    Adam Robert Gibbons
       Deputy Attorney General
       Phone: (609) 376-2964
       adam.gibbons@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| MARIE DAMUS & BRYAN CACEIDO | Civil Action No.: |
| Plaintiffs, | |
| v. | **NOTICE OF REMOVAL** |
| PRIMARK US CORP.; AMEREAM LLC; NEW JERSEY STATE POLICE; and JOHN DOES 1-10, | |
| Defendants. | |

TO:   Clerk of the Court
      (via CM/ECF)

      Michael T. Ashley, Esq.
      50 Park Place – Suite 1400
      Newark, NJ 07102

Defendant New Jersey State Police, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action pending in the Superior Court of the State of New Jersey, Bergan County, bearing Docket Number BER-L-4029-25, to the United States District Court for the District of New Jersey.  As grounds for removal, Defendants states the following:

1.    Complaint: On June 17, 2025, Plaintiffs Marie Damus and Bryan Caceido ("Plaintiffs") filed a Complaint and Jury Demand (the "Complaint") in the Superior Court of New Jersey, Bergan County, against Defendant and two Co-Defendants.  A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2.    The Complaint alleges violation Plaintiff's civil rights pursuant to 42 U.S.C. § 1983.

3.    Specifically, Plaintiffs alleges, *inter alia*, that the Defendant and Co-Defendants were responsible for, or otherwise caused them to be, falsely arrested and subjected to excessive force while they were allegedly shopping at the American Dream Mall in East Rutherford, New Jersey, on June 17, 2023.

4.    Other State Court Filings:  On June 17, 2025, Counsel for Co-Defendant Primark US Corp. filed an answer with cross-claims.  A true and accurate copy is attached hereto as **Exhibit B**.

5.   Basis for Jurisdiction in this Court: The basis for jurisdiction in this Court is federal question jurisdiction pursuant to 28 U.S.C. § 1331.  Plaintiff has asserted claims under United States Constitution and statutes. Ibid.

6.   Timeliness of Removal: The New Jersey State Police received a copy of Plaintiffs' Complain on June 30, 2025.  A true and accurate copy of Defendant's email confirming receipt date is attached hereto as **Exhibit C**.  Accordingly, this Notice of Removal is timely filed pursuant 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based….").

7.   Consent from Co-Defendants: Co-Defendant Primark, by and through its Counsel, Michael D. Noblett, Esq., has provided writing consent for this removal.  Neither the undersigned, nor Mr. Noblett, have any information regarding service or notice of the Complaint on Co-Defendant Ameream LLC.  At the time of this filing, no proof of service has been filed on the state court docket.  Thus, consent from Ameream was neither sought, nor required.

8.      Notice to be Given:   In accordance with 28 U.S.C. § 1446(d), Defendants will give written notice of the filing of this Notice of Removal to all parties, and will file a copy of this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Bergan County.

**WHEREFORE**, Defendants respectfully requests that this action be removed from the Superior Court of New Jersey, Law Division, Bergan County, New Jersey, that the United States District Court, District of New Jersey exercise jurisdiction over this matter, and that this Court grant any and all other appropriate relief as the Court deems just and proper.

Respectfully submitted,

MATTHEW J. PLATKIN
**ATTORNEY GENERAL OF NEW JERSEY**

By:   */s/ Adam Robert Gibbons*
Adam Robert Gibbons
Deputy Attorney General

Dated: July 29, 2025